# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| TERRY HAMILTON, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>    Plaintiff,<br><br>v.<br><br>MCCARTHY, BURGESS & WOLFF, INC.,<br><br>    Defendant. | CASE NO. 6:18-CV-521-JDK |

## ORDER

On March 21, 2019, Plaintiff Terry Hamilton voluntarily dismissed the claims in this action against all Defendants. Docket No. 7. Pursuant to Federal Rule of Civil Procedure 41(a)(1), an action may be dismissed by filing a notice of dismissal before the opposing party serves its answer or a motion for summary judgment. Based on Plaintiff's notice, the Court **ORDERS** this action be **DISMISSED WITH PREJUDICE**.

**So ordered and signed on this**
**Mar 21, 2019**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE