## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

|  |  |  |
|---|---|---|
| TERRY HAMILTON, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, | § § § § § § | |
| | § | CASE NO. 6:18-CV-521-JDK |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| MCCARTHY, BURGESS & WOLFF, INC., | § § | |
| | § | |
| Defendant. | § § § | |

## FINAL JUDGMENT

Pursuant to the Plaintiff's Notice of Voluntary Dismissal (Docket. No. 7) and Rule 41(a) of the Federal Rules of Civil Procedure, the Court hereby enters Final Judgment.

It is therefore **ORDERED**, **ADJUDGED**, and **DECREED** that Plaintiff take nothing and that all pending motions are **DENIED AS MOOT**.

It is further **ORDERED**, **ADJUDGED**, and **DECREED** that all claims in the instant suit be **DISMISSED** in their entirety **WITH PREJUDICE**.

The Clerk of the Court is directed to close this case.

**So ordered and signed on this**
**Mar 21, 2019**

JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE